UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-21310-CIV-LENARD/O'SULLIVAN

LUIS RIVERA, and others
similarly-situated,

    Plaintiff,
v.

M&M PARKING MANAGEMENT LLC,
a Florida limited liability company,
MIRMELLI & MAYBERG PARKING
MANAGEMENT LLC, a Florida limited
liability company, and
ANDREW MIRMELLI, individually,

    Defendants.
_____/

## ORDER APPROVING SETTLEMENT AGREEMENT AND RECOMMENDING THAT THE CASE BE DISMISSED WITH PREJUDICE

THIS MATTER came before the Court *sua sponte* following a settlement conference before the undersigned and the Court having conducted a hearing concerning the settlement.

THE COURT has heard from counsel and considered the terms of the Settlement Agreement, the pertinent portions of the record, and is otherwise fully advised in the premises.

This case involves a claim for unpaid overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §201, et seq ("FLSA"), among others.  In reviewing a settlement of an FLSA private claim, a court must "scrutiniz[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions."  Lynn Food Stores v. United States, 679 F.2d

1350, 1352-53 (11th Cir. 1982).

In this case, there is a bona fide legal dispute over whether the defendant is subject to the FLSA because its revenue is less than $500,000 and a bona fide factual dispute over the number of overtime hours worked by the plaintiff. The Court has reviewed the terms of the settlement agreement including the amount to be received by the plaintiff and the attorney's fees and costs to be received by counsel and finds that the compromise reached by the parties is a fair and reasonable resolution of the parties' bona fide disputes. Accordingly, it is

**ORDERED AND ADJUDGED** that the parties' Settlement Agreement (including attorney's fees and costs) is hereby APPROVED. It is further

**RECOMMENDED** that this case be dismissed with prejudice and that the Court retain jurisdiction until August 8, 2011 to enforce the terms of the settlement.

The parties have **CONSENTED** to magistrate judge jurisdiction to enforce the terms of the settlement and all future issues that arise.

DONE AND ORDERED in Chambers at Miami, Florida this **6th** day of June, 2011.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
United States District Judge Lenard
All counsel of record